IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB,
Plaintiff,

v.                                    Case No.: _8:26-cv-1523-JLB-NHA_

LIEUTENANT TYLER ROSSNAGLE, in his individual capacity;
LIEUTENANT JEFF STEINER, in his individual capacity;
OFFICER WILLIAM DELL, in his individual capacity;
OFFICER ANGELA COX, in her individual capacity;
DETECTIVE MEGAN L. BUCK, in her individual capacity; and
DETECTIVE AMELIA WICINSKI, in her individual capacity,
Defendants.

_____/

MAY 20 2026 PM8:43
FILED - USDC - FLMD - TPA

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Jeremiah Vernon Webb, respectfully moves under 28 U.S.C. §
1915 for leave to proceed in forma pauperis ("IFP"), without prepayment of
the filing fee or other taxable costs. In support, Plaintiff states the following:

### 1.    Financial Eligibility

Plaintiff is unable to pay the filing fee and related court costs due to
financial hardship. Plaintiff submits with this motion a completed Application
to Proceed in District Court Without Prepaying Fees or Costs, executed
under penalty of perjury, in compliance with 28 U.S.C. § 1915(a)(1).

1 of 5

## 2.    Good Faith Basis for Complaint

This action is brought in good faith and is not frivolous, malicious, or intended to harass any party. The verified complaint raises serious and non-frivolous constitutional claims under 42 U.S.C. § 1983, including:

- Fourth Amendment malicious prosecution / unreasonable seizure pursuant to legal process based on materially false, misleading, and incomplete probable-cause materials;

- First Amendment retaliation / retaliatory prosecution based on Plaintiff's complaints, records requests, criticism, and civil-rights activity involving SPD;

- Failure to intervene, supervisory liability, and municipal liability under Monell against the City of Sarasota;

- Alternative Fourteenth Amendment due-process fabrication / use-of-fabricated-evidence theory, pleaded only to the extent the Court determines the injury is not fully governed by the Fourth Amendment.

Plaintiff's claims are grounded in objectively verifiable evidence, including body-camera recordings, official SPD records, criminal-court filings, the November 21, 2025 No-Contact Order, Plaintiff's April 6, 2026 verified

2 of 5

motion to dismiss, the State's May 5, 2026 notice that it entered a nolle prosequi, and the written Nolle Prosequi filed May 15, 2026.

The complaint is verified under 28 U.S.C. § 1746 and supported by detailed factual allegations identifying the officers involved, the alleged material omissions and false implications, the legal process imposed on Plaintiff, and the favorable termination of the stalking prosecution. Plaintiff submits that the pleading states plausible claims and should proceed past screening under 28 U.S.C. § 1915(e)(2)(B).

## 3.   Compliance with Court Rules

Plaintiff affirms that:

- The complaint is prepared for filing in the Tampa Division of the Middle District of Florida, where venue is proper because the events arose in Sarasota County;
- Any exhibits or digital media will be submitted only in accordance with the Court's rules, administrative procedures, and any directions from the Clerk or the Court;
- The complaint seeks relief for independent constitutional violations and does not challenge any existing criminal conviction.

The state stalking prosecution ended without conviction after the State entered a nolle prosequi. Plaintiff therefore seeks damages and declaratory relief for the constitutional violations alleged in the verified complaint, not appellate review of a state criminal judgment.

## 4.    Request for Relief

**WHEREFORE**, Plaintiff respectfully requests that this Court:

- Grant this Motion to Proceed In Forma Pauperis;

- Permit this action to proceed without prepayment of fees;

- If IFP status is granted, direct service of process by the United States Marshals Service or other appropriate officer under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3); and

- Grant such other and further relief as the Court deems just and proper.

Executed this 20th day of May, 2026

**JEREMIAH VERNON WEBB**
Plaintiff, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211
801-755-9600
jeremiah@shoponfire.com

## CERTIFICATE OF SERVICE

I certify that on May 20, 2026, I filed the foregoing Motion to Proceed In
Forma Pauperis with the Clerk of Court. Because this action is being
initiated with this filing, no defendant has yet appeared or been served.

_____

**JEREMIAH VERNON WEBB**
Plaintiff, pro se

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ☑

| | |
|---|---|
| JEREMIAH VERNON WEBB | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| CITY of SARASOTA, et al., | ) |
| *Defendant/Respondent* | ) |

Civil Action No. NEW CASE

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: 05/16/2026 |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 1,500.00 | $ 0.00 | $ 1,500.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total monthly income: | $ 1,500.00 | $ 0.00 | $ 1,500.00 | $ 0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | n/a | n/a | $ 0.00 |
| None | n/a | n/a | $ 0.00 |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | $ 0.00 |
| n/a | n/a | n/a | $ 0.00 |
| n/a | n/a | n/a | $ 0.00 |

4.    How much cash do you and your spouse have? $ _____ 20.00 _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo | checking | $ 71.00 | $ 0.00 |
| n/a | n/a | $ 0.00 | $ 0.00 |
| n/a | n/a | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 0.00 |
| Make and year:  n/a | |
| Model:           n/a | |
| Registration #: n/a | |
| Motor vehicle #2 *(Value)* | $ 0.00 |
| Make and year:  n/a | |
| Model:           n/a | |
| Registration #: n/a | |
| Other assets *(Value)* | $ 100.00 |
| Other assets *(Value)* | $ 0.00 |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ 0.00 | $ 0.00 |
| n/a | $ 0.00 | $ 0.00 |
| n/a | $ 0.00 | $ 0.00 |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| B.A.W. | Daughter | 13 |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☑ No | $    400.00 | $    0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $    50.00 | $    0.00 |
| Home maintenance *(repairs and upkeep)* | $    0.00 | $    0.00 |
| Food | $    150.00 | $    0.00 |
| Clothing | $    10.00 | $    0.00 |
| Laundry and dry-cleaning | $    0.00 | $    0.00 |
| Medical and dental expenses | $    100.00 | $    0.00 |
| Transportation *(not including motor vehicle payments)* | $    100.00 | $    0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $    10.00 | $    0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: n/a | $    0.00 | $ |
| Life:                         n/a | $ | $    0.00 |
| Health:                       n/a | $ | $ |
| Motor vehicle:                n/a | $ | $ |
| Other:                        n/a | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $    300.00 | $    0.00 |
| Credit card *(name):*      Concordia | $    400.00 | $    0.00 |
| Department store *(name):* | $    0.00 | $    0.00 |
| Other:        Loans | $    1,500.00 | $    0.00 |
| Alimony, maintenance, and support paid to others | $    280.00 | $    0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ **3,350.00** | $ **0.00** |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☑ No        If yes, describe on an attached sheet.

10.    Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes  ☑ No

If yes, how much?  $ _____ 0.00 _____

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.

I show up every day, and am honest every day, and work very hard and I am trying to overcome unlawful obstacles.

12.    Identify the city and state of your legal residence.
Bradenton, FL

Your daytime phone number:        (801) 755-9600

Your age:  49    Your years of schooling:    18