UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FILED**

**JUL 14 2026**

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                                     Case No. 8:26-cv-1523-JLB-NHA

TYLER ROSSNAGLE, et al,

Defendants.
_____/

## ORDER

This matter comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, construed as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2). Liberally construing Plaintiff's Complaint (Doc. 1), I find that Plaintiff states at least one nonfrivolous cause of action against at least one Defendant, namely his claim against Defendants Rossnagle, Steiner, and Dell in Count II.[1] Thus, it is hereby **ORDERED**:

1.    Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

---

[1] As presently written, Plaintiff's Complaint does not appear to plead sufficient facts to support every claim against every Defendant. Plaintiff should consider amending his Complaint to specifically explain what each Defendant did to violate the law identified by each claim. And, Defendants may file motions to dismiss, as appropriate.

 7/14/2026

2.    Plaintiff is **DIRECTED** to complete and return "Summons in a Civil Action" AO 440 forms and "Process Receipt and Return" USM-285 forms[2] to the Clerk within 30 days, whereupon the United States Marshal is **DIRECTED** to serve the summons on Defendants.

3.    The Court acknowledges that litigation in federal court is very difficult. It requires compliance with several applicable rules, including the Federal Rules of Civil Procedure, the Local Rules, the Federal Rules of Evidence, and several procedural, discovery, and other orders.

Plaintiff is strongly advised to obtain legal advice and assistance—if not representation—from a member of the Florida Bar. To the extent Plaintiff intends to continue to proceed without an attorney in this action, Plaintiff should become familiar with both the Federal Rules of Civil Procedure at https://www.uscourts.gov/file/78323/download  and the Local Rules for the Middle District of Florida at https://www.flmd.uscourts.gov/local-rules, a copy of each of which is available in the clerk's office on the second floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Plaintiff can also consult the "Litigants Without Lawyers" guidelines

---

[2] These forms are available for download on this Court's website at https://www.uscourts.gov/forms/notice-lawsuit-summons-subpoena/summons-civil-action  and  https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return.

at    https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-guide-for-proceeding-without-a-lawyer.pdf.

In addition, the Federal Bar Association offers a Legal Assistance Program, through which Plaintiff can make an appointment to consult with a lawyer for free. To make an appointment, Plaintiff can visit the Clerk's Office on the second floor of the Courthouse or call (813) 301-5400.

**ORDERED** on June 24, 2026.

NATALIE HIRT ADAMS
United States Magistrate Judge