**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JEREMIAH VERNON WEBB | 8:26 cv 1523 JLB NHA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DETECTIVE AMELIA WICINSKI, in her individual capacity | Civil Summons and Verified Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Detective Amelia Wicinski individually, c/o Sarasota Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2099 Adams Lane, Sarasota, FL 34237

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| JEREMIAH VERNON WEBB<br>Plaintiff, pro se<br>11121 Lost Creek Terr 101<br>Bradenton, FL 34211 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Service ordered by the Court on June 24, 2026. Plaintiff proceeds in forma pauperis. Defendant is sued in his individual capacity and is believed to be employed by or reachable through the Sarasota Police Department. Please serve the summons and operative complaint on Defendant personally or as otherwise permitted by Fed. R. Civ. P. 4 and applicable Florida service law. Defendant is not the United States, and service on the United States is not requested.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>801 755 9600 | DATE<br>6/27/2026 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>6 6 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Lt. King, SPD | Date<br>7/24/26 | Time<br>11:00 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

JUL 24 2026 PM2:32
FILED - USDC - FLMD - TPA

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:26 cv 1523 JLB NHA

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dt. Amelia Wicinski, SPD

was received by me on *(date)* 7/14/26 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lt. King, SPD , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* 7/24/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ∅ for travel and $ ∅ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/24/26

Jeff R. Cll
*Server's signature*

Jeff R. Cobb, GDns
*Printed name and title*

801 N. Florida Ave FL4 Tampa, FL 33602
*Server's address*

Additional information regarding attempted service, etc: